Donna YOUNG, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent– Appellee.

No. 02–7171.

United States Court of Appeals, Federal Circuit.

July 27, 2004.

Kyle E. Chadwick, Principal Attorney, David M. Cohen, Franklin E. White, Jr., of Counsel, Washington, DC, for Respondent–Appellee.

Lisa A. Lee, Principal Attorney, Law Offices, Ponte Vedra Bea, FL, for Claimant–Appellant.

ORDER

Upon consideration of the appellant's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.

Matthew A. ROGERS, Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY, Respondent.

No. 04–3214.

United States Court of Appeals, Federal Circuit.

July 29, 2004.

Michael F. Bahler, Principal Attorney, David M. Cohen, Franklin E. White, Jr., of Counsel, Washington, DC, for Respondent.

Matthew A. Rogers, of Counsel, Constable, NY, for Petitioner.

ORDER

PROST, Circuit Judge.

Matthew A. Rogers submits correspondence that we treat as a motion for reconsideration of the court's order dismissing his petition for review for failure to file his brief, with informal brief attached.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Rogers' motion for reconsideration is granted.

(2) The July 14, 2004 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(3) The Department of Homeland Security's brief is due within 21 days of the date of filing of this order.